UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CR-10-F

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER TO UNSEAL INDICTMENT |
| | ) |
| JAMES K. LEWIS, JR. | ) |

Upon motion of the United States of America, and for good cause shown, the sealed above-referenced Indictment returned by the Grand Jury for the Eastern District of North Carolina on January 15, 2014, is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This _13_ day of January, 2015.

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE