UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

4:14-CR-10-01F

UNITED STATES OF AMERICA     )
                             )
          v.                 )
                             )        ORDER TO SEAL
JAMES K. LEWIS, JR.,         )
                             )
          Defendant.         )

     Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 41 be sealed until such time as the Court determines that the afore-mentioned filing should be unsealed.

     This, the 2nd day of November, 2016.

*James C. Fox*

JAMES C. FOX
Senior U.S. District Judge